# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:  Case No. A01-00785-DMD<br><br>BRUCE ALLEN ROMINE and LINDA LOU ROMINE,<br><br>Debtors. | Chapter 7 |
| BRUCE ALLEN ROMINE and LINDA LOU ROMINE,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION, d/b/a ditech.com, FAR WEST CREDIT SERVICES, TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Adversary No. A05-90024-DMD<br><br>**Filed On 11/3/05** |

## *SUA SPONTE* MOTION TO WITHDRAW THE REFERENCE

The bankruptcy court, on its own motion, hereby moves to withdraw the reference of this adversary proceeding.  The grounds for withdrawal of the reference, more fully described in the memorandum filed simultaneously herewith, are that the plaintiff is entitled to a jury trial in this matter, but the defendants do not consent to a jury trial before the bankruptcy court.  Any party objecting to withdrawal of the reference shall file objections with the bankruptcy court on or before **NOVEMBER 14, 2005.**

DATED:  November 3, 2005

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:     D. Bruce, Esq.
J. Travostino, Esq.
W. Earnhardt, Esq.
M. Parise, Esq.
K. Odza, Esq.
P. Gingras, Adv. Case Mgr.
C. Rapp, Appeals/Reference Tracking

      11/03/05